IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEREMY AARON SCHULER,<br><br>Defendant. | CR 19-54-BLG-SPW<br><br>ORDER DISMISSING FORFEITURE ALLEGATION WITH PREJUDICE |
|---|---|

Upon the United States' Motion to Dismiss with Prejudice Forfeiture Allegation (Doc. 30) contained in the indictment, and for good cause shown,

IT IS HEREBY ORDERED that the forfeiture allegation contained in the indictment is DISMISSED with prejudice.

DATED this 11th day of December, 2019.

SUSAN P. WATTERS
United States District Court Judge

1